**FILED**

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0414

**IN THE MATTER OF N.Z.B. and T.K.B.,**

Youths in Need of Care.

**ORDER**

Upon consideration of Appellant's motion for extension of time, without objection, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 13, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 10 2023